FILED

Margaret Botkins
Clerk of Court

2:29 pm, 6/12/23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| NATHAN APPLEDORN,<br><br>Plaintiff<br><br>vs<br><br>MARGEE ROBERTSON, in her official capacity, et al.<br><br>Defendants | Case Number: 23-CV-93-SWS |

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order Denying Motion to Proceed In Forma Pauperis; Denying Motion for Service of Process at Government's Expense; Denying Motion for Appointment of Counsel; and Dismissing Case (Doc. 5), entered June 12, 2023, which is fully incorporated by this reference,

    IT IS HEREBY ORDERED that final judgment is entered in Defendants' favor in accordance with that order and this action is DISMISSED.

    Dated this 12th day of June, 2023.

                                                                   Margaret Botkins
                                                                   Clerk of Court

                                                                   By Kim Blonigen
                                                                   Deputy Clerk